

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER SALDARRIAGA, | § | No. 08-24-00033-CV |
| Appellant, | § | Appeal from the |
| v. | § | 408th Judicial District Court |
| SHAY-LYNN ROLAND, | § | of Bexar County, Texas |
| Appellee. | § | (TC# 2016CI17646) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* TEX. R. APP. P. 42.3.

On February 2, 2024, the Clerk of the Fourth Court of Appeals sent Appellant a letter requesting payment of the required filing fee. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rules from paying costs). The letter sent via counsel of record notified Appellant that his appeal would be subject to dismissal if he did not pay the fee by February 12, 2024.

On February 23, 2024, this case was transferred to this Court, and on February 27, 2024, the Clerk of this Court sent Appellant's counsel second notice requesting payment of the filing fee within 20 days of the date of the notice. As of this date, which is more than 20 days after the date

of the second notice, Appellant has not paid the filing fee or otherwise shown he is excused from paying the required fee. *See* TEX. R. APP. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time). All pending motions are denied as moot. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 5, 42.3(c).


GINA M. PALAFOX, Justice

March 20, 2024

Before Alley, C.J., Palafox and Soto, JJ.